ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
*rwasserman@rjo.com*
Alecia E. Cotton (State Bar No. 252777)
*acotton@rjo.com*
Emily A. Wieser (State Bar No. 311315)
*ewieser@rjo.com*
311 California Street
San Francisco, CA 94104
Tel: 415.956.2828; Fax: 415.956.6457

Attorneys for Defendant BONDI SANDS (USA) INC.

CLARKSON LAW FIRM, P.C.
Ryan J. Clarkson (State Bar No. 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (State Bar No. 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (State Bar No. 288694)
*kbruce@clarksonlawfrim.com*
Kelsey J. Elling (State Bar No. 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: 213.788-4050; Fax: 213.788-4070

FARUQI & FARUQI, LLP
Benjamin Heikali (State Bar No. 307466)
*bheikali@faruqilaw.com*
10866 Wilshire Blvd. #1470
Los Angeles, CA 90024
Tel: (424) 256-2884; Fax: (424) 256-2885

BURSOR & FISHER, P.A.
Neal J. Deckant (SBN 322946)
Brittany S. Scott (SBN 327132)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455 Fax: (925) 407-2700
E-Mail: *ndeckant@bursor.com*
            *bscott@bursor.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORAN, | Case No. 21-cv-07961-JSW |
| Plaintiff, | **AMENDED JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1(A)(ii); [PROPOSED] ORDER** |
| vs. | |
| BONDI SANDS (USA), INC., | Date of first filing:   October 11, 2021 |
| Defendant. | |

**TO THE COURT AND ALL PARTIES:**

WHEREAS, Plaintiff MICHELLE MORAN ("Plaintiff") filed a Complaint in the United States District Court for Northern District of California on October 11, 2021;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on January 3, 2022;

WHEREAS, Defendant BONDI SANDS (USA) INC. ("Defendant") filed a Motion to Dismiss the FAC on February 2, 2022;

WHEREAS, the Court granted in part and denied in part the Motion to Dismiss the FAC on April 29, 2022 (Dkt. 50);

WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") on July 19, 2022;

WHEREAS, Plaintiff filed a Notice of Settlement on August 15, 2022;

WHEREAS, the Court has never certified any class in the above-entitled action under Federal Rule of Civil Procedure 23;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE to dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By this Amended Joint Stipulation, the parties agree that the dismissal is with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative class members. *See* Fed. R. Civ. P. 23(e); Rule 23 Advisory Committee Notes, 2003 Amendments (requiring court approval only if the claims "of a *certified class* are resolved by a settlement, voluntary dismissal, or compromise"). The parties are to bear their own fees and costs.

**IT IS SO STIPULATED.**

AMENDED JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii);
[PROPOSED] ORDER - CASE NO: 21-cv-07961-JSW

556168.2

1    Dated:  November 28, 2022          ROGERS JOSEPH O'DONNELL

2
                                        By: _/s/ Alecia E. Cotton_____
3                                           RENÉE D. WASSERMAN
                                            ALECIA E. COTTON
4                                           EMILY A. WIESER

5                                           Attorneys for Defendant
                                            BONDI SANDS (USA), INC.
6

7    Dated:  November 28, 2022          CLARKSON LAW FIRM

8
                                        By: _/s/ Katherine A. Bruce_____
9                                           RYAN J. CLARKSON
                                            SHIREEN M. CLARKSON
10                                          KATHERINE A. BRUCE
                                            KELSEY J. ELLING
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii);
[PROPOSED] ORDER - CASE NO: 21-cv-07961-JSW

556168.2

1

~~[PROPOSED]~~ **ORDER**

2

        Pending before the Court is the parties' Amended Joint Stipulation to Dismiss

3

this putative class action.  Having considered the parties' Amended Joint Stipulation to

4

Dismiss, it is ORDERED that Plaintiff's individual claims are **dismissed with prejudice**.

5

The claims of any putative class members are **dismissed without prejudice**. Fed. R. Civ. P.

6

23.  Each party to bear their own fees and costs.

7

8

        **IT IS SO ORDERED.**

9

10

Dated:_____December 5, 2022_____

11

Hon. Jeffrey S. White

12

UNITED STATES DISTRICT COURT
JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii);
~~[PROPOSED]~~ ORDER - CASE NO: 21-cv-07961-JSW

556168.2